IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LESLIE KLOTZ o/b/o
DESIREE MABE                                                                    PLAINTIFF

        v.        Civil No. 04-3080

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                         DEFENDANT

## JUDGMENT

Comes now the Court on this 10th day of January, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

        /s/ Bobby E. Shepherd
        HONORABLE BOBBY E. SHEPHERD
        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)